**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>EFRAIN DURAN-SOLORIO,<br><br>　　　　　　　　Defendant. | Case No.: 25cr04002-JLS <s>25MJ8806</s><br><br>**I N F O R M A T I O N**<br><br>Title 8, U.S.C.,<br>Sec. 1325(a)(1)- Attempted Improper Entry by an Alien (Misdemeanor) |

　　The United States Attorney charges:

　　On or about October 12, 2025, within the Southern District of California, defendant EFRAIN DURAN-SOLORIO, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States at a time and place other than as designated by immigration officers, and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1325(a)(1), a misdemeanor.

　　DATED:  10/17/2025  .

　　　　　　　　　　　　　　　　Adam Gordon
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　*Anna L. Sebastian* (signature)

　　　　　　　　　　　　　　　　Anna L. Sebastian
　　　　　　　　　　　　　　　　Assistant U.S. Attorney

ASE:nf:10/14/2025